

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | CRIMINAL NO. PX-19-77 |
| ANOG MAAREK<br>a/k/a "Daniel Buckley,"<br>a/k/a "Daniel Marek,"<br>a/k/a "Hanog Dany Maarek," | (Conspiracy to Commit Wire Fraud, 18 U.S.C. § 1349; Wire Fraud, 18 U.S.C. § 1343; Aiding and Abetting, 18 U.S.C. § 2; Forfeiture, 28 U.S.C. § 2461, 18 U.S.C. § 981, 21 U.S.C. § 853) |
| Defendant | FILED UNDER SEAL |

\*\*\*\*\*\*\*

## MOTION BY THE UNITED STATES FOR CERTIFIED COPIES OF INDICTMENT, SUPERSEDING INDICTMENT, AND ARREST WARRANT

The United States of America, by and through undersigned counsel, respectfully requests that this Court direct the Clerk's Office of the United States District Court for the District of Maryland to provide the government with two (2) certified copies of certain documents described below, including the indictment in the above-captioned case, a superseding indictment, and an arrest warrant issued for Defendant Anog Maarek, a/k/a "Daniel Buckley," a/k/a "Daniel Marek," a/k/a "Hanog Dany Maarek", and of this motion and order. In support of this Motion, the United States submits as follows:

1. On or about February 13, 2019, a federal grand jury sitting in the District of Maryland returned a four-count Indictment charging nine Defendants (including Maarek) in the above-captioned case with conspiracy to commit wire fraud and substantive counts of wire fraud.

2. Since September 12, 2019, Maarek was arrested in Hungary on a provisional arrest warrant. Maarek is currently being detained by Hungarian authorities. The United States is in the process of preparing extradition paperwork for Maarek.

\_\_\_\_ FILED \_\_\_\_ ENTERED
\_\_\_\_ LOGGED \_\_\_\_ RECEIVED

OCT 22 2019

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

1

3. On September 25, 2019, a federal grand jury sitting in the District of Maryland returned a four-count First Superseding Indictment charging fifteen Defendants (including Maarek) in the above-captioned case with conspiracy to commit wire fraud and wire fraud. An arrest warrant for Maarek was issued by the Court in connection with this superseding indictment.

4. In connection with Maarek's extradition, on October 9, 2019 the Court granted the government's motion to unseal the Indictment and the First Superseding Indictment for the limited purpose of including these charging documents in any extradition paperwork as necessary.

5. The Government has been informed that it is necessary to provide the Hungarian authorities with two (2) certified copies (i.e., certified by the Clerk's Office) of the following documents:

   a. the February 13, 2019 indictment returned by the grand jury in the above-captioned case,
   b. the September 25, 2019 superseding indictment returned by the same grand jury,
   c. the September 2019 arrest warrant issued for Defendant Anog Maarek,
   d. an order signed October 9, 2019 by Magistrate Judge Sullivan granting the government's motion for a limited unsealing of the indictments to use in the aforementioned extradition proceedings, and
   e. this motion and any order issued by this court pursuant to that motion.

6. The Clerk's Office has informed the Government that it requires a Court order to produce such documents to the Government. The Government therefore asks the Court to issue this Order for these documents.

Dated: October 23, 2019

                                      Respectfully submitted,

                                      ROBERT A. ZINK
                                      Chief, Fraud Section
                                      Criminal Division
                                      U.S. Department of Justice

By:      /s/
                                      L. Rush Atkinson, Assistant Chief
                                      Caitlin R. Cottingham, Assistant Chief
                                      Fraud Section, Criminal Division
                                      U.S. Department of Justice
                                      1400 New York Ave. N.W.
                                      Washington, D.C. 20530